UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYSHAWN SHOFFNER,

    Plaintiff,

v.                                        Case No. 3:22cv1009-MCR-HTC

OKALOOSA COUNTY
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.
_____/

# **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 29, 2022 (ECF No. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint

(ECF No. 21) is GRANTED.

3. Defendants' Motion to Strike is DENIED as moot.

4. This case is DISMISSED.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv1009-MCR-HTC